Eric L. TOLBERT, Plaintiff—
Appellant,

v.

Doctor LIGHTSEY; Earl V. Echard;
Nurse Craig; Nurse Snider,
Defendants—Appellees.

No. 06–7965.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 2, 2007.

Eric L. Tolbert, Appellant pro se. Elizabeth P. McCullough, Young, Moore & Henderson, P.A., Raleigh, North Carolina; Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Tolbert appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Tolbert's motion for appointment of counsel and affirm for the reasons stated by the district court. *Tolbert v. Lightsey,* No. 5:05–ct–00428–BO (E.D.N.C. Sep. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*